1082

[No. 9558-1-II. Division Two. July 31, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY A. HOWE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 85-1-00517-0, James I. Maddock, J., entered January 24, 1986. *Affirmed* by unpublished opinion per Stone, J. Pro Tem., concurred in by Casey and Goodloe, JJ. Pro Tem.

[No. 8192-0-II. Division Two. July 31, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD G. MATTSON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 83-1-00097-1, Robert J. Doran, J., entered September 27, 1984. *Affirmed* by unpublished opinion per Kolbaba, J. Pro Tem., concurred in by Brown and Goodloe, JJ. Pro Tem.

[No. 10113-1-II. Division Two. July 31, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. RON SARGENT, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 86-1-00201-0, Alan R. Hallowell, J., entered June 24, 1986. *Dismissed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Petrich, J.